UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-                                                 Case No. 19-CR-442 (ILG)
                                                          NOTICE OF MOTION
                                                          TO SEVER AND
KRENAR SUKA,                                         TO SUPPRESS

                      Defendant.

-------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed Affirmation of Joseph R. Corozzo and exhibits thereto, and memorandum of law, the undersigned counsel, JOSEPH R. COROZZO, attorney for Defendant KRENAR SUKA, will move the Court for an Order granting the following relief:

       1)       Granting a severance from the "Racketeering Defendants",

       2)       Suppressing Wiretap Evidence obtained as a result of the Title III wiretap on telephone number (347) 998-1765 (the "1765 Phone") under 18 U.S.C. § 2518 and the Fourth Amendment of the U.S. Constitution for lack of probable cause to believe that communications concerning particular offenses would be obtained through such interception, and

       3)       Suppressing Wiretap Evidence obtained as a result of the Title III wiretaps on telephone number (551) 255-5226 (the "5226 Phone"), on the 1765 Phone and on (914) 530-4679 (the "4679 Phone"), for the reasons stated in co-defendant Thomas Scorcia's Motion to Suppress, which Defendant Suka joins, and

4) For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 29, 2020

Respectfully submitted,

_____/s/_____
Joseph R. Corozzo
Rubinstein & Corozzo, LLP
*Attorneys for*
*Defendant Krenar Suka*
260 Madison Ave., 22nd Fl.
New York, New York 10016
(212) 545-8777 (ph)
(917) 722-8206 (fax)

cc: Assistant United States Attorneys Elizabeth Geddes and Megan E. Farrell (via ECF)